James A. Goodman  (SBN 89715)
Ted A. Gehring     (SBN 218715)
EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, CA 90067
Telephone: 310.556.8861
Facsimile:  310.553.2165
jgoodman@ebglaw.com
tgehring@ebglaw.com

Attorneys for Defendants
OPTION CARE ENTERPRISES, INC.;
OPTION CARE HOME CARE, INC.;
OPTION CARE HOME HEALTH OF CALIFORNIA,
INC.; OPTION CARE, INC.; WALGREEN CO.;
JOHN C. RADEMACHER; LORI HART
and MIKE RUDE

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER HARWOOD, <br><br> Plaintiff, <br><br> v. <br><br> OPTION CARE ENTERPRISES, INC.; OPTION CARE; OPTION CARE HOME CARE, INC.; OPTION CARE HOME HEALTH OF CALIFORNIA, INC.; OPTION CARE, INC.; WALGREEN CO.; WALGREEN BOOTS ALLIANCE, INC.; MADISON DEARBORN PARTNERS; JOHN C. RADEMACHER; LORI HART; MIKE RUDE; and DOES 1 to 100, inclusive, <br><br> Defendants. | Case No.: <br><br> Complaint Filed: 1/18/19 <br><br> **CERTIFICATE OF SERVICE** |

Firm:47927709v1                                          CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

1. At the time of service I was at least 18 years of age and **not a party to this legal action**.

2. My business address is 1925 Century Park East, Suite 500, Los Angeles, CA 90067.

3. I served copies of the following documents *(specify the title of each document)*:

   ➢ **CIVIL COVER SHEET;**

   ➢ **DEFENDANT'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. SECTIONS 1332 AND 1441(B);**

   ➢ **NOTICE OF INTERESTED PARTIES;**

   ➢ **DECLARATION OF MICHAEL SHAPIRO IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL OF ACTION;**

   ➢ **DECLARATION OF MIKE RUDE IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL OF ACTION; AND**

   ➢ **CERTIFICATE OF SERVICE.**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

   Carney R. Shegerian, Esq.                    *Attorneys for Plaintiff*
   Anthony Nguyen, Esq.                         JENNIFER HARWOOD
   Astineh Arakelian, Esq.
   SHEGERIAN & ASSOCIATES, INC.
   225 Santa Monica Boulevard, Suite 700
   Santa Monica, California 90401
   T: 310.860.0770 | F: 310.860.0771
   E: CShegerian@Shegerianlaw.com;
   ANguyen@Shegerianlaw.com;
   AArakelian@Shegerianlaw.com

5. a. ☐ **By personal service.** I personally delivered the documents on the date shown below to the persons at the addresses listed above in item 4.

   b. ☒ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and placed the envelope for collection and mailing on the date shown below, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

   I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

Firm:47927709v1                                              CERTIFICATE OF SERVICE

c. ☐ **By overnight delivery.** I enclosed the documents on the date shown below in an envelope or package provided by an overnight delivery carrier and addressed to the person at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ☐ **By electronic submission.** I caused the above listed document(s) described to be served via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

6. I served the documents by the means described in item 5 on (*date*): **February 19, 2019**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 2/19/19 | **Lynne Conner** | *(signature)* |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

Firm:47927709v1                                                    CERTIFICATE OF SERVICE