James A. Goodman (SBN 89715)
EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, CA 90067
Telephone: 310.556.8861
Facsimile: 310.553.2165
jgoodman@ebglaw.com

Attorneys for Defendants
OPTION CARE ENTERPRISES, INC.;
OPTION CARE HOME CARE, INC.;
OPTION CARE HOME HEALTH OF CALIFORNIA, INC.; OPTION CARE, INC.; WALGREEN CO.;
JOHN C. RADEMACHER; LORI HART and MIKE RUDE

JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER HARWOOD,<br><br>Plaintiff,<br><br>v.<br><br>OPTION CARE ENTERPRISES, INC.; OPTION CARE; OPTION CARE HOME CARE, INC.; OPTION CARE HOME HEALTH OF CALIFORNIA, INC.; OPTION CARE, INC.; WALGREEN CO.; WALGREEN BOOTS ALLIANCE, INC.; MADISON DEARBORN PARTNERS; JOHN C. RADEMACHER; LORI HART; MIKE RUDE; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-01239 MWF (ASx)<br><br>Hon. Michael W. Fitzgerald, Ctrm. 5A<br>Magistrate Judge: Alka Sagar<br><br>**ORDER**<br><br><br><br>PTC: March 30, 2020<br>Trial Date: April 21, 2020<br>Complaint Filed: 1/18/19 |

Firm:48983202v1                                                                                                              ORDER

## ORDER

Upon consideration of the parties' Stipulation of Dismissal With Prejudice,

IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed in its entirety and with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). Each side is to bear her or its own attorneys' fees and costs.

Dated: August 26, 2019

_____
Honorable Michael W. Fitzgerald
U.S. District Court Judge